**Angela L. OZBUN, Plaintiff–Appellant,**

v.

**SCHERING CORPORATION, Defendant–Appellee.**

**No. 05–30129.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 6, 2006.

Angela L. Ozbun, Alexandria, LA, pro se.

Timothy J. McNamara, Gregory Russel Mier, Onebane Law Firm, Lafayette, LA, for Defendant–Appellee.

Before KING, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM: *

Angela Ozbun ("Ozbun"), acting pro se, filed suit against Shering Corporation ("Shering") alleging injuries resulting from use by Ozbun of Claritin, a product manu-

factured by Shering which was defective under the Louisiana Product's Liability Act statute. After allowing fifteen months for discovery process to run, Shering filed a motion for summary judgment which was granted by the district court. Ozbun appealed to this court.

We have carefully reviewed the briefs, the reply briefs, the record excerpts, and relevant portions of the record. For the reasons stated by the district court in its memorandum ruling filed under date of January 18, 2005, we affirm the judgment entered by the district court in favor of Shering, entered of even date.

**AFFIRMED.**

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.